# United States District Court
## EASTERN DISTRICT OF VIRGINIA

Reg
72#
72254-083

WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

Jantrez Ware

CASE NUMBER : R2007120

08-231-M-01

**FILED**
APR 03 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Jantrez Ware** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _x_ Probation Violation Petition
__Supervised Release Petition

charging him or her with (brief description of offense):

Violation of Probation - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3565**

**Kathy Roberts**
Name of Issuing Officer

_signature_
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

**March 31, 2008**
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $_____ by_____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| | Bjars Roberts US Marshal | _signature_ |
| Date of Arrest | | |

Prob 12
(ved     for EDVA 07/01)

UNITED STATES DISTRICT COURT

for

<u>EASTERN DISTRICT OF VIRGINIA</u>

FILED
MAR 26 2008
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. <u>Jantrez Ware</u>   Docket No. <u>R2007120</u>

Petition on Probation

COMES NOW <u>Elizabeth Louison</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Jantrez Ware</u>, who was placed on supervision by the Honorable <u>Theresa Carroll Buchanan</u> sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>16th</u> day of <u>March</u>, <u>2007</u>, who fixed the period of supervision at <u>3 months</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 26TH day of March, 2008 and ordered filed and made a part of the records in the above case. | Executed on 3-25-08 |
| [signature] | [signature] |
| United States Magistrate Judge | Senior U.S. Probation Officer |
| | Place <u>Alexandria, Virginia</u> |

TO CLERK'S OFFICE

Petition on Probation
Page 2
RE: WARE, Jantrez

OFFENSE: Drinking While Driving Under the Age of 21 Years.

SENTENCE: The defendant was sentenced to 8 months probation with the following special conditions: 1) The defendant shall not operate a motor vehicle without a valid license; 2) the defendant shall enter and successfully complete the Concerned Citizens alcohol education program in the District of Columbia at the direction of the probation officer; and 3) the defendant shall pay a fine in the amount of $150, assessment of $10, and processing fee of $25 due and payable within 120 days.

On August 28, 2007, the Court ordered that the defendant continue on probation until March 2009, with the same terms and conditions as previously imposed, adding the conditions that the defendant undergo inpatient treatment that may be determined necessary at the direction of the probation officer and that the defendant maintain full-time employment.

ADJUSTMENT TO SUPERVISION: On March 26, 2007, supervision of the defendant's case was transferred to the District of Columbia Probation Office due to her residence in that district.

On May 17, 2007, a No Court Action Violation Report was submitted to Your Honor advising of the Use of Phencyclidine (PCP) on April 13, 2007, which was confirmed by Kroll Laboratories. At that time, no action was taken as a result of Ms. Ware being referred to outpatient services for a period of 12 weeks to include urinalysis testing. Ms. Ware also was referred to the Welcome Home Program in the District of Columbia, which is a faith-based re-entry program to assist her with educational and vocational services.

On August 7, 2007, Your Honor issued a warrant for the defendant after the Court was notified that Ms. Ware had failed to report for outpatient alcohol treatment, had failed to comply with a referral for employment assistance, and had a positive test result for PCP. On August 28, 2007, Ms. Ware appeared before Your Honor for a hearing on violation, and admitted to the charges. Probation was continued to March 2009, with the added condition that the defendant undergo inpatient treatment that may be determined necessary at the direction of the probation officer and that the defendant maintain full-time employment.

Ms. Ware successfully completed the residential program at the Salvation Army Harbor Lights Center on December 7, 2007.

VIOLATIONS: The following violations are submitted for the Court's consideration.

Petition on Probation
Page 3
RE: WARE, Jantrez

SPECIAL CONDITION:	FAILURE TO SATISFACTORILY PARTICIPATE IN AN ALCOHOL TREATMENT PROGRAM.

Ms. Ware failed to satisfactorily participate in the District of Columbia U.S. Probation Office's in-house therapy program by not attending treatment following her referral on December 11, 2007.

SPECIAL CONDITION:	FAILURE TO PAY SPECIAL ASSESSMENT AND FINE AS DIRECTED BY THE PROBATION OFFICER.

Ms. Ware has failed to pay the $10 special assessment and $150 fine.

STANDARD CONDITION:	FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED.

Ms. Ware has failed to submit monthly supervision reports for the months of December 2007, January 2008, and February 2008.

STANDARD CONDITION:	FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER.

Ms. Ware failed to follow the Probation Officer's instructions given to her on December 11, 2007, to begin weekly counseling at the treatment program at the District of Columbia U.S. Probation Office, and to attend an employment assistance program.

Ms. Ware has had no contact with the U.S. Probation Office since December 11, 2007. Attempts by her U.S. Probation Officer in the District of Columbia to reach her by phone have been unsuccessful. Home visits have been conducted at her last known residence, and messages have been left on the door, but no response has been received. As reported by the U.S. Probation Office for the District of Columbia on February 22, 2008, Ms. Ware's current whereabouts and circumstances are unknown.

ETL/smk

Petition on Probation
Page 4
RE: WARE, Jantrez

Name: Jantrez Ware
Case Number: R2007120

CONFIDENTIAL
Offender's Personal Information

| | |
|---|---|
| DOB: | FBI NO.: Unknown |
| SSN: | REG. NO.: Unknown |
| SEX: Female | RACE: Black/Non-Hispanic |
| ADDRESS: | |
| PHONE | |