United States of America
v.

*Jantrez Ware*
Defendant's name

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Case No. _08-000231m_

## YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE**

☐ **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court

☐ **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court

**OF**

☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release will deposit in the registry of the Court_____ %.

☐ **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED**
APR 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

☒ **1) SUPER-VISORY CUSTODY**
You hereby agree to be placed in the custody of ——————→
who agrees (a), to supervise you in accordance with the conditions below,
(b), to use every effort to assure your appearance at all scheduled hearings,
trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone  442-1000

*Sheila Ware*

→ X _Sheila R. Ware_
SIGNATURE OF CUSTODIAN

Custodian's address

Custodian's phone no.

☐ **2) YOU ARE TO REPORT**
☐ weekly
☐ _____ other-specify
☐ in person
☐ by phone
**TO**
☐ THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.
☐ Your attorney, whose name and address is shown below.

☒ **3) YOU ARE TO LIVE**
☒ at ____Same as above____
address                                                                phone no.
☐ with _____
name and relationship to defendant                         phone no.
☐ at _____ being in at night by _____ P.M.
address              phone no.                                                      time

☒ **4a) YOU ARE TO WORK**
☐ by obtaining a job within_____days and reporting it to the D.C. Pretrial Services Agency at 442-1000.
☐ by maintaining your job as _____
Employer's name and address

☐ **4b) YOU ARE TO STUDY**
☐ by enrolling in school at _____
name and address
☐ by maintaining your student status at _____
name and address

☐ **5) YOU ARE TO STAY**
☐ away from the complaining witness.
☐ Within the D.C. area.

☐ **6) NARCOTICS**

☒ **7) OTHER CONDITION**
Your are not to leave the residence except for work if still employed and for court on 4/8 at 9:30am in ctrm 501 at the ED of VA in Alexandria 401 Courthouse Sq. You are to report to US Probation in the District Court for the District of Columbia upon your release today

☐ **8) REARREST**
Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand

**NEXT DUE BACK**
in Courtroom __6__ at _1:45_ (PM) on _4/9/08_
or when notified and you must appear at all subsequent continued dates
You must also appear

**YOUR ATTORNEY** _Carlos Vanegas_
name
_____
address                                              _208-7500_
phone no.

**DEFENDANT'S SIGNATURE** ►X _Jantrez Ware_

**WITNESSED BY** _____

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

(title and agency) _DCPSA_

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER  442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D C PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U S ATTORNEY
GOLDENROD—TO DEFENDANT

Date _4/3/08_

**SO ORDERED**

► _____
Signature of Judge